(January 18, 1905.)

IN RE CARL SEARLES, PETITIONER.
[79 Pac. 1132.]

ORIGINAL application for a writ of *habeas corpus.*

Elder & Whitla, for Petitioner, file no brief.

Thomas H. Wilson, Prosecuting Attorney, for the State, files no brief.

SULLIVAN, J.—This is an original application for a writ of *habeas corpus,* and the facts are substantially the same as in the case of *In re Shirley Jay, ante,* p. 540, 79 Pac. 202, and on the authority of that case the prisoner must be discharged.

Stockslager, C. J., and Ailshie, J., concur.